Thomas I. Rozsa, State Bar No. 080615
**ROZSA LAW GROUP LC**
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992
email: tom@rozsalaw.com

JS-6

Attorney for Defendant/Counterclaim Defendant
Jag Precision, Inc. and
Third-Party Defendant Echo 1 Sports, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| Jag Precision, Inc. a California corporation,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　　vs.<br><br>Heckler & Koch, Inc., a Virginia corporation; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants/Counterclaim Plaintiffs.<br><br>Heckler & Koch, Inc., a Virginia corporation,<br><br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>Echo 1 Sports, Inc., a California corporation,<br><br>　　　　Third-Party Defendant. | Case No. CV-09-3202 CAS (VBKx)<br><br>**ORDER**<br><br>Hon. Christina A. Snyder |

The dismissal of the Complaint against Heckler & Koch, Inc. the dismissal of the Counterclaim against Jag Precision, Inc. and the dismissal of the Third-Party

Complaint against Echo 1 Sports, Inc., all pursuant to Rule 41 by the agreement of the parties, is hereby approved.

The dismissal of all claims against all parties with prejudice against the refiling thereof, with each party to bear its own costs and attorneys fees, is hereby approved.

**IT IS SO ORDERED:**

DATED: 2/22/10

_____
Christina A. Snyder
United States District Judge

Prepared and submitted by:

ROZSA LAW GROUP LC

By:       */S/*       
       Thomas I. Rozsa

Attorney for Defendant/Counterclaim Defendant Jag Precision, Inc. and Third-Party Defendant Echo 1 Sports, Inc.

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990